IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40742
Conference Calendar
_____


LARRY D. BONEY,

                                        Plaintiff-Appellant,

versus

DAVID BLACKWELL, Lt;
HESTER P., COIII,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-95-CV-305
- - - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Larry D. Boney filed a civil rights complaint alleging that
the defendants-appellees used excessive force against him.  The
district court dismissed the complaint without prejudice under
Fed. R. Civ. P. 41(b) for want of prosecution because Boney
failed to comply with a court order.  On appeal Boney argues the
merits of his claim but does not address the basis of the

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

district court's dismissal.  Issues not raised or briefed are considered abandoned.

The appeal is DISMISSED because it is frivolous.  5th Cir. R. 42.2.  We caution Boney that any additional frivolous appeals filed by him invite the imposition of sanctions.  To avoid sanctions, Boney is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.